1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

OCT 11 2018    CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**

# 18-CV-01487 RAJ

--------------------------------------------X
UNITED STATES *ex rel.* [UNDER SEAL],

     Plaintiffs,

     *v.*

[UNDER SEAL],

     Defendants.
--------------------------------------------X

CASE No. _____

**FILED IN CAMERA AND**
**UNDER SEAL PURSUANT**
**TO 31 U.S.C. § 3730(b)(2)**

**DO NOT ENTER ON PACER**
**DO NOT PUT IN PRESS BOX**

**JURY TRIAL DEMANDED**

**DOCUMENT TO BE KEPT UNDER SEAL**

Richard F. O'Neill
**NEVILLE PETERSON LLP**
**500 Yale Ave. N., Ste. 221**
**Seattle, WA 98109**
**(206) 518-9335**
**roneill@npwny.com**

Fee pd : # SEA 92817

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

1

## COMPLAINT

Plaintiff-Relator Rufus Aylwin ("Relator"), by and through his undersigned counsel, for his Complaint against Defendant, Gardner-Gibson, Inc. (hereinafter "Defendant"), alleges on behalf of the United States of America, as follows:

1. Defendant has engaged in fraud against the United States in violation of the False Claims Act, 31 U.S.C. § 3729 *et seq.* (the "FCA" or the "Act") by evading certain customs duties owed to the United States Government as a result of Defendant's knowing failure to properly mark its imported roofing underlayment, or packaging therefor, with country of origin information in violation of U.S. law, specifically Section 304(a) of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1304(a). In the process, Defendant knowingly submitted false information to the Government and otherwise engaged in material acts and/or omissions to conceal the amount of marking duties the company owes, as well as the true origin of its imported product, in the process depriving the United States Government of revenues to which it is due.

2. Defendant and/or its agents and employees have violated the FCA, 31 U.S.C. § 3729 *et seq.*, by knowingly making, using, or causing to be made or used, false records and statements material to obligations to pay or transmit money or property to the Government, and by knowingly concealing and knowingly and improperly avoiding or decreasing obligations to pay or transmit money or property to the Government.

3. This is an action to recover customs marking duties on behalf of the Government, pursuant to 31 U.S.C. §3729 and 19 U.S.C. § 1304(i), arising from Defendant's systematic practice of evading and/or causing the evasion of certain payment obligations due to the Government upon importation by material statements or omissions.

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

2

### PARTIES

4.      Relator Rufus Aylwin is an individual, a citizen of the United States, who lives near Portland, Oregon. Relator is experienced in the construction products industry, and is also experienced in the international trade of such products, particularly roofing products. Relator is aware of the country of origin marking requirements applicable to imported products, including those at issue in this Complaint.  Based on Plaintiff-Relator's years of experience in the industry, knowledge of the importing process, personal observations of Defendant's products in the United States and in China, and his familiarity with the laws of the United States regarding country-of-origin markings and marking duties, Plaintiff-Relator learned that Defendant had imported into the United States products of Chinese origin with no country-of-origin markings, and has sold and/or offered such products for sale in the United States.

5.      Defendant Gardner-Gibson Inc. is a privately held company with headquarters in the State of Florida.  Defendant is a manufacturer and importer of various residential and commercial building materials, including roofing and siding products, roofing underlayment materials, sealants, accessories, and interior products.

6.      Defendant Gardner-Gibson is the owner or licensee (licensed importer) of several trademarks (registered to Allied Building Products LLC, of Herndon, VA) associated with certain construction products, including: "Tri-Built" (USPTO serial nos. 87845589; 4806569; 77888135; 76620693; 76535016); "Tri-Built Materials Group" (USPTO serial no. 77860351); and "T Tri-Built" (USPTO serial nos. 76620690).

### JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 31 U.S.C. §§ 3730(b), 3732.

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

8.      This Court has jurisdiction over Defendant by virtue of Defendant's regular transaction of business within the Western District of Washington, which serves as the basis for this Complaint.

9.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 and 31 U.S.C. § 3732 because Defendant regularly transacts business within this District, and certain of the false and fraudulent acts complained of herein took place in this District.  Specifically, Defendant regularly files import entries at the Port of Seattle, WA, which is located in the Western District of Washington.

### Goods Imported into the United States Must be Marked in Accordance with 19 U.S.C. § 1304

10.     Section 304(a) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1304(a), provides (with exceptions not relevant here) that all articles of foreign origin imported into the United States, or their packaging, "shall be marked in a conspicuous place as legibly, indelibly, and permanently as the nature of the article (or container) will permit in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article." *Id.*  The required country of origin marking must be sufficiently permanent, legible and conspicuous to communicate the country of origin of the merchandise to the "ultimate purchaser" in the United States, that is the last person in the United States who will receive the imported merchandise in its condition as imported.  *Id.*

11.     The purpose of the country of origin marking requirement in 19 U.S.C. § 1304(a) is to inform an ultimate purchaser in the United States of a foreign article's country of origin lest that information influence the purchaser's decision to buy or not buy the goods.  *United States v.*

COMPLAINT

*Friedlaender & Co.*, 27 CCPA 297, C.A.D. 104 (1940); *Koru North America v. United States*, 701

F. Supp. 229 (Ct. Int'l Tr. 1988); and *Globemaster, Inc. v. United States*, 68 Cust. Ct. 77 (1972).

12.     Goods which are not marked with country of origin as required by 19 U.S.C.

§ 1304(a) are "restricted merchandise" and are subject to exclusion from United States commerce.

19 C.F.R. § 134.3 ("[d]elivery withheld until marked and redelivery ordered"); *see also,* 19 C.F.R.

§ 141.113(a)(1)(i) ("[r]ecall of merchandise released from Customs and Border Protection

custody").

13.     Section 304(i) of the Tariff Act of 1930, as amended, which is the best evidence of

its contents, provides for imposition of a ten (10) percent *ad valorem* additional duty on all

imported goods which are entered into the United States without being marked pursuant to 19

U.S.C. § 1304(a).  Section 304(i) (emphasis added) provides:

(i)  Additional duties for failure to mark.  If at the time of importation any article
(or its container, as provided in subsection (b) of this section) is not marked in
accordance with the requirements of this section, and if such article is not exported
or destroyed or the article (or its container, as provided in subsection (b) of this
section) marked after importation in accordance with the requirements of this
section (such exportation, destruction, or marking to be accomplished under
customs supervision prior to the liquidation of the entry covering the article, and to
be allowed whether or not the article has remained in continuous customs custody),
there shall be levied, collected, and paid upon such article a duty of 10 per centum
ad valorem, which shall be deemed to have accrued at the time of importation, shall
not be construed to be penal, and shall not be remitted wholly or in part nor shall
payment thereof be avoidable for any cause. Such duty shall be levied, collected,
and paid in addition to any other duty imposed by law and whether or not the article
is exempt from the payment of ordinary customs duties. The compensation and
expenses of customs officers and employees assigned to supervise the exportation,
destruction, or marking to exempt articles from the application of the duty provided
for in this subsection shall be reimbursed to the Government by the importer.

14.     If improperly marked goods are imported and discovered by customs officials, an

importer has three options: the importer may (1) re-export the goods, (2) destroy them, or (3) mark

them appropriately so that they may be released from the custody of the United States Government

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

for sale in the domestic market. *United States ex. Rel. Customs Fraud Investigations v. Victaulic Inc.*, 839 F.3d 242 (3d Cir. 2016).

15.     Customs officials at United States ports of entry are unable to inspect every import; and they rely primarily on importers to self-report any duties owed and to identify and report on any goods that are unmarked or improperly marked.

16.     In those instances where improperly marked goods enter the stream of commerce in the United States, the marking duty is due, retroactive to the time of importation. 19 U.S.C. § 1304.

17.     Imposition of the duty is non-discretionary since, by statute, such marking duties "shall not be remitted wholly or in part nor shall payment thereof be avoidable for any cause." 19 U.S.C. § 1304(i). In setting forth this regulatory scheme, Congress specifically stated in § 1304(i) that marking duties "shall be deemed to have accrued at the time of importation, <u>shall not be construed to be penal</u>, and shall not be remitted wholly or in part <u>nor shall payment thereof be avoidable for any cause</u>." *Id.* (emphasis added).

18.     On information and belief, since at least 2017, Defendant has imported, at the Port of Seattle, Washington, numerous consumption entries of roofing underlayment products, made in the People's Republic of China ("PRC"), for sale to United States consumers in the United States. On information and belief, the underlayment products are manufactured in the PRC by a company known as Ningbo East Composite Materials, at a factory located at 459 GuShin DaDao Road, QuanDaoHu288, Qu Hing Do. Road, ChunAn, Zhejiang, China, and are exported by Chunan Kaidun International Trading Company, or China Electronics Zheijang Company, and are consigned to "Gardner Asphalt Corporation, 4161 East 7th Avenue, Tampa, Florida."

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

19.     U.S. imports arriving by ship present "manifests" of import cargo, and data from the ships' manifests can be obtained in 24-hour cycles from U.S. Customs and Border Protection's ("CBP") Automated Manifest System ("AMS").  Various commercial entities offer this import data for purchase via electronic databases that are made available to registered users at a significant fee.

20.     Plaintiff-Relator used the expensive fee-based subscription service "Datamyne" to obtain ships' manifest data for imports by Defendant.  Defendant is not aware of any trade journals that did, or even would have, published the Defendant's import data that Plaintiff-Relator was able to obtain through its targeted, specialized searches and detailed reviews of the results therefrom.

21.     Upon obtaining access to Datamyne's database, Plaintiff-Relator had to formulate a search query that would provide meaningful results, which requires sophisticated knowledge of automated ship manifest databases, including bills of lading and the fields populated therefrom, as well as an understanding of the Harmonized Tariff Schedule of the United States ("HTSUS")—a sophisticated system for the classification of goods imported into the country.

22.     After considering various terms, or ranges of terms, that could be queried in the Datamyne database, and after reviewing the range of fields that could be searched, Plaintiff-Relator conducted its search using the name of the consignee, "Gardner Gibson," "Gardner" and variations on those words, and then compared results to descriptions of products appearing on ocean bills of lading, points of origin, and intended points of destination.  A "consignee" is the entity that takes possession of goods when they enter U.S. customs territory.

23.     Plaintiff-Relator's query resulted in a database of import entries where Defendant was the goods' consignee. The results of Plaintiff-Relator's initial query are shown in Exhibit A. Plaintiff-Relator then personally reviewed the narrative description for every import entry in

COMPLAINT

Exhibit A, and culled through line by line to isolate the violative, unmarked goods—a crucial step that again required application of Plaintiff-Relator's specialized knowledge and experience.  In all instances, Plaintiff-Relator took a conservative approach and only included entries with product descriptions or other identifying information leading to the conclusion that the entry was unmarked roofing underlayments.

24.     Upon executing and completing the above multi-step process was Plaintiff-Relator able to obtain a usable database from which Defendant's imports could then be segregated and tabulated by country and from which Plaintiff-Relator could draw reliable conclusions. The results of this analysis are captured in Exhibit A.

25.     Ultimately, Plaintiff-Relator's import analysis showed that, at least since 2017, Defendant has imported a large quantity of roofing underlayment manufactured in the PRC, as depicted in Exhibit A. On information and belief, defendant continues to import significant quantities of roofing underlayment which are not marked to show country of origin.

26.     On information and belief, the merchandise imported under cover of the entries which are the subject of the shipments shown in Exhibit A, consisted, in whole or in part of rolls of "Tri-Built Synthetic Hybrid Roof Underlayment," which is imported by Defendant and then sold to Tri-Built Materials Group, LLC, a subsidiary of Allied Building Materials, Inc., which resells them to ultimate purchasers in the United States. Given its physical properties and characteristics, the underlayment product is primarily sold in the Pacific Northwest region of the United States.

27.     On information and belief, the Chinese-origin underlayment which is the subject of those entries was not marked, either directly, or on its packaging, to show China as the country of

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

origin. The packaging for the product, which contains extensive information printed information, contains no reference to the product's country of origin (*see* Exhibits B and C):



28.     As noted in Exhibits B and C to this Complaint, Plaintiff has directly purchased, or directly arranged for the purchase of, Defendant's imported unmarked product, Tri-Built Synthetic Hybrid Roof Underlayment," in the States of Washington and Oregon, and has confirmed that, as delivered to the ultimate purchaser in the United States, neither the underlayment or its packaging is marked to show China as the country of origin as required by 19 U.S.C. § 1304.

29.     Defendant and/or its agents and employees have violated the FCA, 31 U.S.C. § 3729 *et seq.*, by knowingly making, using, or causing to be made or used, false records and

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

statements material to obligations to pay or transmit money or property to the Government, and by knowingly concealing and knowingly and improperly avoiding or decreasing obligations to pay or transmit money or property to the Government which is owed the government by operation of 19 U.S.C. § 1304(i)..

30.     Had Defendant complied with the law, the country of origin of the products would be permanently and conspicuously marked and displayed on all imported products, including the subject roofing underlayments.  Based on Plaintiff-Relator's specialized knowledge, experience, research and findings that Defendant's imported roofing underlayment is not marked, customs marking duties are owed to the U.S. Government arising from Defendant's systematic practice of evading and causing the evasion of certain payment obligations by material acts or omissions.

## COUNT ONE

31.     Paragraphs 1 through 30 of this Complaint are reseated and incorporated by reference, as though fully set out herein.

32.     Imported goods are subject to specific, non-discretionary import laws set forth in the Tariff Act of 1930, 19 U.S.C. § 1304, and associated regulations, 19 C.F.R. Part 134, requiring generally, that all imported merchandise or its packaging be "marked in a conspicuous place as legibly, indelibly, and permanently as the nature of the article (or container) will permit in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article."  19 U.S.C. § 1304(a).

33.     If an importer releases unmarked or improperly marked goods into the stream of commerce in the United States, the importer owes a duty of ten (10) percent ad valorem additional duty on all imported goods which are entered into the United States without being marked pursuant to 19 U.S.C. § 1304(a).  19 U.S.C. § 1304(i).  This duty, known as a "marking duty," is deemed to

COMPLAINT

have accrued at the time of importation and must be paid in addition to any other duty imposed by law. *Id.*

34.     If improperly marked goods are imported and discovered by customs officials, an importer has three options: (i) re-export the unmarked goods; (ii) destroy the unmarked goods; or (iii) mark the unmarked goods appropriately in accordance with 19 U.S.C. § 1304. *Id.*

35.     In those instances where improperly marked goods enter the stream of commerce in the United States, the marking duty is due, retroactive to the time of importation.  19 U.S.C. § 1304(i).  Imposition of the marking duty is wholly non-discretionary since, by statute, such duties "shall not be remitted wholly or in part nor shall payment thereof be avoidable for any cause." *Id.* In setting forth this regulatory scheme, Congress specifically noted that marking duties "shall not be construed to be penal" and are to be considered similar to any other customs duty owed. *Id.*

36.     This is an action brought pursuant to the False Claims Act, 31 U.S.C. § 3729 et seq., and seeks the recovery of treble damages and penalties.

37.     By virtue of the acts described above, Defendant made, or caused to be made or used, false records and statements material to its obligation to pay or transmit money or property to the Government, and knowingly concealed and knowingly or improperly avoided or decreased obligations to pay money to the United States Government.

38.     By reason of Defendant's acts and/or omissions, the United States has been damaged, and continues to be damaged, in an amount to be determined at trial.

COMPLAINT

NEVILLE PETERSON LLP
500 YALE AVE. N., STE. 221
SEATTLE, WA 98109
(206) 518-9335

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor; and that this Court:

A. Enjoin defendants from continuing to import merchandise of foreign origin which is not marked, permanently, legibly and in a conspicuous place, as required by 19 U.S.C. § 1304(a);

B. Enter judgment against Defendant in an amount three (3) times the actual damages suffered by the Government as a result of Defendant's violations, together with a civil penalty between $5,500 and $11,000 for each violation of 31 U.S.C. § 3729;

C. Award the Plaintiff-Relator the maximum amount allowed pursuant to 31 U.S.C. § 3730;

D. Award the Plaintiff-Relator all costs of this action, including court costs and attorney's fees; and

E. Award Plaintiff-Relator such further and additional relief as this Court may deem just.

\*                   \*                   \*

PRESENTED BY:        NEVILLE PETERSON LLP

Richard F. O'Neill, WSBA 43858
500 Yale Avenue North, Suite 221
Seattle, Washington 98109
(206) 518-9335
roneill@npwny.com

Dated: October 11, 2018

*Counsel for Plaintiff-Relator*

COMPLAINT

NEVILLE PETERSON LLP

# COMPLAINT
# EXHIBIT A

DESCARTES Datamyne

Client:

Vikram Rupani - Mitsubishi Logistics
08/17/2018 - 17:41

USA Bills Import HOUSES
Data available from: 01/01/2004 to 08/16/2018

USA Bills Import HOUSES : 01/01/2016 to 08/15/2018 where : Entire B/L : "Gardner Asphalt Corp**

Found 215 results

| Date | Consignee Declared | Shipper Declared | Notify Name | Notify Address | Short Container Description | Port of Arrival | Weight | Weight Unit |
|---|---|---|---|---|---|---|---|---|
| 8/11/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT HS-CODE 590390 THIS SHIPMENT HAS BEEN FUMIGATED S C 18170092 -0 9900165565 SCAC#BANQ BAL# NGB3737401 | JACKSONVILLE,FL | 38512 | K |
| 8/4/2018 | GARDNER ASPHALT CORP. | NOT DECLARED | | | ALUMINIUM PASTE SWEDEN ORIGIN 0224429 O/73110 MIO 4.1 UN 1325 | PORT EVERGLADES,FL | 19910 | KG |
| 8/3/2018 | GARDNER ASPHALT CORP | NOT DECLARED | | | ALUMINIUM PASTE | LOS ANGELES,CA | 19910 | KG |
| 7/29/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 18-0453 HS-CODE 590390 | SEATTLE,WA | 19756 | K |
| 7/27/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C RICB00005 SCAC#BANQ BAL#NGB3741243 HS-CODE 590390 | SEATTLE,WA | 19756 | K |
| 7/26/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | | | ALUMINIUM PASTE MT 7510 | BALTIMORE,MD | 19630 | KG |
| 7/21/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 18170092 -0 HS-CODE 590390 | SEATTLE,WA | 38512 | K |
| 7/10/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 2184046HK SCAC#BANQ BAL#NGB3729734 HS-CODE 590390 | MOBILE,AL | 19756 | K |
| 7/8/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 18-0453 HS-CODE 590390 | SEATTLE,WA | 19756 | K |
| 7/8/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS 40HC SUBSTITUTE FOR 40G THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C 1817009 2-0 9900165565 SCAC#BANQ BAL# NGB3730221 HS-CODE 560314 | JACKSONVILLE,FL | 21000 | K |
| 7/8/2018 | GARDNER ASPHALT CORPORATION | NINGBO KONRUN MACHINERY | | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS 40HC SUBSTITUTE FOR 40G THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C 1817009 2-0 9900165565 SCAC#BANQ BAL#NGB3730179 HS-CODE 560314 | JACKSONVILLE,FL | 21000 | K |

| Date | Consignee | Shipper | Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 7/8/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C18-0083TPC SC-ORLANQ BAL#NGB0726036 HS-CODE 590390 SYNTHETIC UNDERLAYMENT HS-CODE 590390 | JACKSONVILLE,FL | 39512 K |
| 7/5/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C 18-0063TPC SC-ORBANQ BAL#NGB0730242 HS-CODE 590314 | MOBILE,AL | 21000 K |
| 7/5/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C 18-0063TPC SC#CBANQ BAL#NGB0730233 SWB HS-CODE 590314 | MOBILE,AL | 21000 K |
| 7/1/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 18-0453 HS-CODE 590390 | SEATTLE,WA | 19756 K |
| 6/24/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 18-0453 HS-CODE 590390 | SEATTLE,WA | 39512 K |
| 6/18/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 18-0453 HS-CODE 590390 | SEATTLE,WA | 39512 K |
| 6/14/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S18AC2001 HS-CODE 590390 | SEATTLE,WA | 19756 K |
| 6/10/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | SEAFORD GARDNER ASPHALT — 25938 MANTICOKE STREET SEAFORD, DE19973 +8866719437 TELEX +8866719437 06 | (72 DRUMS X 250 KGS) ALUMINIUM M PASTE MT 7510 (73% MINIMUM SOLIDS) TRADE TERMS: CIF SEAF ORD DE19973, USA S.INV NO - 44 09650 DT: 24.04.2018 INV NO : 0011 DT: 24.04.2018 P.O.NO : P21736 DT: 13 MORE) | BALTIMORE,MD | 43276 LB |

| Date | Consignee | Shipper | Notify | Address | Description | Port | Weight | Unit |
|---|---|---|---|---|---|---|---|---|
| 6/9/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | 4161 E. 7TH AVENUE PO BOX 5448 TAMPA FL 33675 US | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C-177/0965CACHBAND BALANGB8080653 HS-CODE 590390 SYNTHETIC UNDERLAYMENT HS-CODE 590390 | JACKSONVILLE,FL | 39512 | K |
| 6/8/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 17-107/PC SCAORBAND BALANGB8080662 SWB  HS-CODE 590390 | MOBILE,AL | 39512 | K |
| 5/27/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | JACKSONVILLE,FL | 19630 | KG |
| 5/23/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C S18NC0001 HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 | SEATTLE,WA | 42000 | K |
| 5/20/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK-S17NC0001_WC HS-CODE 560314 NO MORE) | SEATTLE,WA | 84000 | K |
| 5/20/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK-S17NC0001_WC HS-CODE 560314 | SEATTLE,WA | 42000 | K |
| 5/10/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | LONG BEACH GARDNER ASPHALT | 5903 PARAMOUNT BLVD, LONG BEACH, CA 90805 1-8888719437   TEL EX 1-8888/71 06 | (72 DRUMS X 250 KGS) ALUMINIUM PASTE MT 7510 (73% MINIMUM SOLIDS)  TRADE TERMS: CIF LONG BEACH, CA 90805, U.S.A., S.B. NO: 3760541 DT: 27.03.2018 IN V. NO: 0351 DT: 27.03.2018  P. O.NO. L/5991 DT [MORE] | LONG BEACH,CA | 43276 | LB |
| 5/7/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE. | NORFOLK,VA | 19630 | KG |
| 5/4/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | TAMPA GARDNER ASPHALT | 4001 E. 7TH AVE, TAMPA, FL 33905 1-8888719437   TEL EX 1-8888/71 06 | 72 DRUMS  (72 DRUMS X 250 KGS) ALUMINIUM PASTE MT 7510 (73% MINIMUM SOLIDS) TRADE TE RMS: CIF TAMPA, FL 33905, U.S. A., S.B.NO: 3690841 DT: 23.03.2018 INV NO: 0346 DT: 23.03 2018  P.O.NO. [MORE] | SAVANNAH,GA | 43276 | LB |
| 5/1/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | | | ALUMINIUM PASTE MT 7510 | BALTIMORE,MD | 19628 | KG |
| 4/30/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C A17/0966SCA-CHBAND BALANGB8085005 SWB  HS-CODE 590390 | MOBILE,AL | 19756 | K |

| Date | Consignee | Shipper | | Address | Description | Port | Weight | Unit |
|---|---|---|---|---|---|---|---|---|
| 4/29/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEIJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C A TTN17800 SCAC#BANQ BALI#NGB966906 SWB HS-CODE 590390 SYNTHETIC | SEATTLE,WA | 39512 | K |
| 4/26/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | UNDERLAYMENT HS-CODE 590390 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOO (MORE) | SEATTLE,WA | 63000 | K |
| 4/21/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEIJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 2907063783 HS-CODE 590390 | JACKSONVILLE,FL | 19756 | K |
| 4/20/2018 | GARDNER ASPHALT CORPORATION, | THE METAL POWDER COMPANY LIMITED | TAMPA GARDNER ASPHALT | 4001 E. 7TH AVE, TAMPA, FL 33605 1-8132482401 | (72 DRUMS X 250 KGS) ALUMINIUM PASTE MT 7510 (73% MINIMUM SOLIDS) TRADE TERMS: CIF TAMP A, FL 33605, U.S.A. S.B.NO 3 471593 DT: 14.03.2018 INV NO. 0359 DT: 14.03.2018 P.O.NO. T29766 DT: 13.11 (MORE) | SAVANNAH,GA | 43276 | LB |
| 4/15/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | SEAFORD GARDNER ASPHALT | 25938 NANTICOKE STREET, SEAFORD, DE19973. 1-8132482401 | (72 DRUMS X 250 KGS) ALUMINIU M PASTE MT 7510 (73% MINIMUM SOLIDS) TRADE TERMS: SEAFORD, DE19973, USA . S.B.NO: 306033 9 DT: 23.02.2018 INV NO. 03 04 DT: 23.02.2018 P.O.NO. P2 1733 DT: 13.11.2 (MORE) | BALTIMORE,MD | 43285 | LB |
| 4/13/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER CORPORATION | 4161 EAST 7TH AVENUE TAMPA,FL 33805 TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 NON-WOVEN HYBRID | SAVANNAH,GA | 19930 | KG |
| 4/10/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK- S17NCD001_WC HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NO (MORE) | SEATTLE,WA | 84000 | K |
| 4/8/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161 EAST 7TH AVENUE TAMPA,FL 33805 TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 NON-WOVEN HYBRID | SAVANNAH,GA | 19625 | KG |
| 4/3/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | | UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK- S17NCD001_WC HS-CODE 560314 | SEATTLE,WA | 42000 | K |
| 4/1/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEIJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C A TTN17800 SCAC#BANQ BALI#NGB966521 SWB HS-CODE 590390 | SEATTLE,WA | 19756 | K |

| Date | Consignee | Shipper | Description | Port | Weight | |
|---|---|---|---|---|---|---|
| 4/1/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOO [MORE] | SEATTLE,WA | 63000 | K |
| 4/1/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB8988511 SWB HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40P [MORE] | SEATTLE,WA | 42000 | K |
| 4/1/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB8988507 SWB HS-CODE 560314 | SEATTLE,WA | 21000 | K |
| 3/18/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB8895454 HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS [MORE] | SEATTLE,WA | 42000 | K |
| 3/18/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB8988047 HS-CODE 560314 | SEATTLE,WA | 21000 | K |
| 3/18/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BAL#NGB8875010 SWB  HS-CODE 590390 | SEATTLE,WA | 39512 | K |
| 3/18/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB8974519 SWB HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40P [MORE] | SEATTLE,WA | 42000 | K |

| Date | Shipper | Consignee | | Description | Destination | Quantity | Unit |
|---|---|---|---|---|---|---|---|
| 3/19/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SC/AOB/IANQ BALI/NGB3974511 SWB HS-CODE 56031410 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40P [MORE] | SEATTLE,WA | 42000 | K |
| 3/2/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161 EAST 7TH AVENUE TAMPA,FL 33605 TAMPA,FL 33605 US ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF TAMPA,FL 33605,U.S.A | SAVANNAH,GA | 19625 | KG |

| Date | Consignee | Shipper | Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 2/28/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCAOBANQ BALANGB966842 HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS [MORE] | SEATTLE,WA | 42000 K |
| 2/28/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCAOBANQ BALANGB966812 SWB HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40P [MORE] | SEATTLE,WA | 84000 K |
| 2/28/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCAOBANQ BALANGB966865 SWB HS-CODE 590390 | MOBILE,AL | 39512 K |
| 2/25/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | 4161, EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | 72 DRUMS X 250 KGS ALUMINIUM PASTE MT 7510 79% MINIMUM SOLIDS SHIPMENT TERMS CIF TAMPA,FL 33605,U.S.A. INCOTERM MENTIONED STRICT LY WITHOUT PREJUDICE TO T HE TERMS & CONDITIO NS OF T HE CONTR [MORE] | TAMPA,FL | 19620 K |
| 2/20/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | 4161 EAST 7TH AVENUE TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (79%MINIMUM SOLIDS) TERMS OF DELIVERY CIF LONG BEACH CA908605,U.S.A INVOICE NO.0256 DT.05.01.2018 SB NO.2006760 DT.05.01.2018 HS CODE : 32139030 BILL NO.L5680 DT.13.11.2017 CENT [MORE] | LONG BEACH,CA | 19615 KG |
| 2/18/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT HS-CODE 560314 40PKGS=40PLTS NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCAOBANQ BALANGB5965700 [MORE] | SEATTLE,WA | 42000 K |
| 2/17/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK- STRC00L MC HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 | SEATTLE,WA | 42000 K |

| Date | Shipper | Consignee | | Description | Address | Port | Weight |
|---|---|---|---|---|---|---|---|
| 2/17/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 17-107TPC SCAOBANQ BALI#G8069496 HS-CODE 590390 | | JACKSONVILLE,FL | 39512 K |
| 2/17/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FAK-STNCD001_WC HS-CODE 590390 SYNTHETIC | | SEATTLE,WA | 38512 K |
| 2/14/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK-ATN17800_WC SCAOBANQ BALI#G8368159 SWB HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS [MORE] | | SEATTLE,WA | 63000 K |
| 2/11/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF SEAFORD,DE199873 PO NO P21732 DT:13.11.2017 CENTRAL EXCISE SEAL NO.2402 HAZARDOUS DETAILS  IMCO 4.1 UN NO 1325 [MORE] | 4161,EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | BALTIMORE,MD | 19620 KG |
| 2/10/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 72 DRUMS X 250 KGS ALUMINIUM PASTE MT 7510 (73%MINIMUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF TAMPA,FL 33605,U.S.A HAZARDOUS DETAILS IMCO 4.1 UN NO 1325 PACKING GROUP II | 4161,EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | SAVANNAH,GA | 19925 KG |
| 2/9/2018 | GARDNER ASPHALT CORP | NOT DECLARED | | ALUMINUM PASTE SWEDEN ORIGIN JO23083 OT28481 | | PORT EVERGLADES,FL | 19930 K |
| 2/5/2018 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS HS-CODE 560314 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK-ATN17800_WC SCAOBANQ BALI#G83 [MORE] | | SEATTLE,WA | 42000 K |
| 2/5/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK-ATN17800_WC SCAOBANQ BALI#G8669419 HS-CODE 560314 | | SEATTLE,WA | 21000 K |
| 2/2/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF TAMPA,FL | 4161,EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | SAVANNAH,GA | 19620 KG |
| 2/1/2018 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | | POLYPROPYLENE WOVEN FABRICS | | SAVANNAH,GA | 21712 KG |

| Date | Consignee | Shipper | Description | Notify/Address | Port | Weight |
|---|---|---|---|---|---|---|
| 1/31/2018 | GARDNER ASPHALT CORPORATION | CHIUAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCAORBANQ BALI#NGB9853288B SWB HS-CODE 560914 NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40P [MORE] | | SEATTLE,WA | 42000 K |
| 1/30/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FAK-ATN17800_EC SCAORBANQ BALI#NGB9833428 SWB HS-CODE 590390 | | MOBILE,AL | 19756 K |
| 1/28/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FAK-S17NC0001_WC HS-CODE 590390 SYNTHETIC UNDERLAYMENT HS-CODE 590390 | | SEATTLE,WA | 39512 K |
| 1/21/2018 | GARDNER ASPHALT CORP. | NOT DECLARED | ALUMINUM PASTE SWEDEN ORIGIN OO24019 DIT28982 HS 32129000 | | PORT EVERGLADES,FL | 19926 K |
| 1/21/2018 | GARDNER ASPHALT CORP. | NOT DECLARED | ALUMINUM PASTE SWEDEN ORIGIN O2695 DIT2014 IMO 4.1 UN 1325 HS 32129000 | | PORT EVERGLADES,FL | 19926 K |
| 1/21/2018 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | | SAVANNAH,GA | 21652 KG |
| 1/21/2018 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF SEAFORD,DE19873 HS15.15 TC 32129030 PO NO:P21730 | GARDNER ASPHALT CORPORATION 4161 EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | BALTIMORE,MD | 19615 KG |
| 1/21/2018 | GARDNER ASPHALT CORPORATION | | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C FAK-17-0457_WC HS-CODE 560514 | | SEATTLE,WA | 21000 K |
| 1/18/2018 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS LAMINATED | | SAVANNAH,GA | 21715 KG |
| 1/18/2018 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS LAMINATED | | SAVANNAH,GA | 21702 KG |
| 1/15/2018 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS LAMINATED | | SAVANNAH,GA | 21980 KG |
| 1/13/2018 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | | SAVANNAH,GA | 22163 KG |
| 1/2/2018 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FAK-17-1077PC_EC SCAORBANQ BALI#NGB91980I HS-CODE 590390 | | JACKSONVILLE,FL | 19756 K |

| Date | Importer | Supplier | Description | Port | Weight |
|---|---|---|---|---|---|
| 12/31/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BAL#NGB2824348 SW6  HS-CODE 590390 | MOBILE,AL | 39512 K |
| 12/30/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 22045 KG |
| 12/24/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT HS-CODE 590390 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BAL#NGB2824359 HS-CODE 590390 | SEATTLE,WA | 39512 K |
| 12/18/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 21873 KG |
| 12/17/2017 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB2825553 SW6 HS-CODE 590314 | SEATTLE,WA | 21000 K |
| 12/10/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 22017 KG |
| 12/10/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 21985 KG |
| 12/10/2017 | GARDNER ASPHALT CORPORATION | CHUNAN KAIDUN INTERNATIONAL TRADING | NON-WOVEN HYBRID UNDERLAYMENT 40PKGS=40PLTS THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C ATN17800 SCACBANQ BAL#NGB2825549 HS-CODE 590314 | SEATTLE,WA | 21000 K |
| 12/4/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS LAMINATED | SEATTLE,WA | 22080 KG |
| 12/4/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 22314 KG |
| 12/4/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 22261 KG |
| 12/4/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BAL#NGB2805831 HS-CODE 59039090 | MOBILE,AL | 19756 K |
| 12/2/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | ALUMINIUM PASTE | SAVANNAH,GA | 19815 KG |
| 12/2/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C T-K-A-T-10TPC_EC SCACBANQ BAL#NGB2805827 HS-CODE 59039090 | JACKSONVILLE,FL | 19756 K |
| 11/28/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 22246 KG |
| 11/28/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BAL#NGB2805820 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | MOBILE,AL | 39512 K |
| 11/17/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | ALUMINIUM PASTE MT 7610 (73%MINIMUM SOLIDS) | SAVANNAH,GA | 19815 KG |

| Date | Consignee | Shipper | Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 11/16/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | LONG BEACH,CA | 19815 KG |
| 11/6/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HAS BEEN FUMIGATED S C 17-107TPC SCACBANQ BALJ#NGB3599772 SWB HS-CODE 59039090 | MOBILE,AL | 39612 K |
| 11/4/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 59039090 THIS SHIPMENT HAS BEEN FUMIGATED S C 17-107TPC SCACBANQ BALJ#NGB3595114 | JACKSONVILLE,FL | 19756 K |
| 11/1/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION 4161, EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF SEAFORD,DE19973 | BALTIMORE,MD | 19815 KG |
| 10/28/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 59039090 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BALJ#NGB3568310 SWB HS-CODE 59039090 | MOBILE,AL | 39512 K |
| 10/23/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT SAMPLE OF ROLLERS , WITHOUT COMMERCIAL VALUE THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BALJ#NGB3568321 HS-CODE 59039090 | MOBILE,AL | 19819 K |
| 10/20/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION 4161, EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 | SAVANNAH,GA | 19610 KG |
| 10/9/2017 | GARDNER ASPHALT CORP | VEER PLASTICS PRIVATE LIMITED | | POLYPROPYLENE WOVEN FABRICS | SAVANNAH,GA | 22081 KG |
| 10/2/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FKK-B517.1868_WC SCACBANQ BALJ#NGB3558334 HS-CODE 59039090 | TACOMA,WA | 19756 K |
| 9/30/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION 4161, EAST 7TH AVENUE TAMPA,FL 33605 TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | SAVANNAH,GA | 19610 KG |
| 9/30/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 59039090 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BALJ#NGB3560461 SWB HS-CODE 59039090 | MOBILE,AL | 39512 K |
| 9/26/2017 | GARDNER ASPHALT CORP | NOT DECLARED | | ALUMINIUM PASTE | PORT EVERGLADES,FL | 19930 K |
| 9/23/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C ATN17800 SCACBANQ BALJ#NGB3557323 SWB HS-CODE 59039090 | MOBILE,AL | 19756 K |

| Date | Consignee | Shipper | Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 9/22/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C PRK-EB17 MSS_WC SCAC#BANQ BAL#NGB8568334 SWB HS-CODE 59039090 | TACOMA,WA | 19756 K |
| 9/18/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 66115 SCAC#BANQ BAL#NGB857325 HS-CODE 59039090 | MOBILE,AL | 19756 K |
| 9/15/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C PE174198 SCAC#BANQ BAL#NGB858191921 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | TACOMA,WA | 39512 K |
| 9/13/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C 17-107TPC SCAC#BANQ BAL#NGB8568180 HS-CODE 59039090 | MOBILE,AL | 19756 K |
| 9/7/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF SEAFORD. | BALTIMORE,MD | 19695 KG |
| 9/7/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C S17NCD006F HS-CODE 59039090 | SEATTLE,WA | 19756 K |
| 9/2/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 1717098 COMM CODE 9900165585 SCAC#BANQ BAL#NGB8568639 SWB HS-CODE 59039090 | JACKSONVILLE,FL | 19756 K |
| 8/31/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 | SEATTLE,WA | 19756 K |
| 8/24/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C S17NCD001 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | SEATTLE,WA | 39512 K |
| 8/20/2017 | GARDNER ASPHALT CORPORATION | | GARDNER ASPHALT CORPORATION | 4161, EAST 7TH AVENUE, TAMPA, FL 33605,U.S.A. TEL (813)248-2101 FAX (813)247-2522 SHIP TO  TAMPA  GARDNER ASPHALT | 2XQ0F? FCL SAID TO CONTAIN 39185.00 KGS CBM 144 DRUMS X 250 KGS ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF TAMPA,FL 33605,USA  TOTAL GROSS WT  18000.000 KGS TOTAL TAR NET WT  18000.000 KGS TOTAL TAR [MORE] | SAVANNAH,GA | 19595 K |
| 8/18/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA FL 33605,U.S.A TAMPA FL 33605 US | 2XQ0F? FCL CBM 144 DRUMS X 250 KGS ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) TERMS OF DELIVERY CIF TAMPA,FL 33605,USA VOYAGE NO 0092 DT11/07 2017 SB NO 7282109 DT1 [MORE] | SAVANNAH,GA | 39185 K |

| Date | Consignee | Shipper | Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 8/17/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 | SEATTLE, WA | 19756 K |
| 9/1/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FAKF-P.A451 HS-CODE 59039090 | MOBILE, AL | 19756 K |
| 8/4/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 17-0451 HS-CODE 590390 | MOBILE, AL | 19756 K |
| 8/3/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HS-CODE 590390 THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 THIS SHIPMENT HAS BEEN FUMIGATED | SEATTLE, WA | 39512 K |
| 7/28/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 | SEATTLE, WA | 19756 K |
| 7/27/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 59039090 SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 7910445 HS-CODE 59039090 | MOBILE, AL | 39355 K |
| 7/21/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | SEATTLE, WA | 39512 K |
| 7/21/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 7910445 HS-CODE 59039090 | JACKSONVILLE, FL | 19756 K |
| 7/15/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | SEATTLE, WA | 19756 K |
| 7/7/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 7910445 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT THIS SHIPMENT UNDERLAYMENT HS-CODE 59039090 | MOBILE, AL | 39512 K |
| 7/6/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 | SEATTLE, WA | 19756 K |
| 6/24/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C 17-107TPC SCACBKANQ BANK05024456T HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | MOBILE, AL | 39512 K |
| 6/20/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161, EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | 72 DRUMS X 250 KGS ALUMINI UM PASTE MT 7510 / 73%MINIM UM SOLIDS) TERMS OF DELIVE RY CIF LO NG BEACH CA90805, U.S.A INVOICE NO 0917 DT 2.4.04 2017 SB (14725 D T 27.01. [MORE] | LONG BEACH, CA | 19565 K |
| 6/19/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C S17NCD001 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | SEATTLE, WA | 39512 K |

| Date | Consignee | Shipper | Notify Party | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 6/12/2017 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE SWEDEN ORIGIN 0023117 O7Z7252 IMO 4.1 UN 1325 | PORT EVERGLADES, FL | 19926 K |
| 5/31/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 59039090 THIS SHIPMENT HAS BEEN FUMIGATED S C PE174198 SCAC#BANQ BAL#NGB8529947 | TACOMA, WA | 19756 K |
| 5/25/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 72 DRUMS X 250 KGS ALUMINI UM PASTE MT 7510 / 79MININM UM SOLIDS) TERMS OF DELIVE RY CIF SE AFORD.DE19973 U.S .A INVOICE NO.0444 DT 28.0 3.2017 SB NO.304433 DT 29 .03.2017 PO NO.P19 483 DT 2 7.01.201 (MORE) 4161, EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | BALTIMORE, MD | 16598 K |
| 5/19/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C PE164198 SCAC#BANQ BAL#NGB8517469 HS-CODE 59039090 SYNTHETIC UNDERLAYMENT HS-CODE 59039090 | TACOMA, WA | 39512 K |
| 5/16/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS S C 16170B9 SCAC#BANQ BAL#NGB8512818  SWB HS-CODE 59039090 | TACOMA, WA | 19756 K |

| Date | Consignee | Shipper | Company | Address | Product Description | Port | Weight | Unit |
|---|---|---|---|---|---|---|---|---|
| 5/11/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS)... SYNTHETIC UNDERPLAYMENT THIS SHIPMENT HAS BEEN FUMIGATED S C FE17/4188 SCA-CBANO BAU#NG8580454 HS-CODE 59039090 | BALTIMORE,MD | 19565 | K |
| 5/6/2017 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | | TACOMA,WA | 19756 | K |
| 5/5/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161, EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS)... | SAVANNAH,GA | 19598 | K |
| 4/14/2017 | GARDNER ASPHALT CORP. | NOT DECLARED | GARDNER ASPHALT CORPORATION | | ALUMINIUM PASTE SWEDEN ORIGIN O/22816 O/728779 HS 32128000... | PORT EVERGLADES,FL | 19926 | K |
| 4/12/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161, EAST 7TH AVENUE TAMPA,FL 33605 UNITED STATES | 72 DRUMS X 250 KGS ALUMINUM UM PASTE MT 7510 (73%MINIMUM UM SOLIDS) TERMS OF DELIVE RY CIF SE AT FREIGHT DETAILS:NO.079873 INV.OICE NO:0378 DT:09.02.2017 SB NO:3980982 DT:09.02.20 17 PO NO:P19982 DT: 31.10.2 016 CENTR [MORE] | NORFOLK,VA | 19595 | K |
| 4/12/2017 | GARDNER ASPHALT CORP. | NOT DECLARED | | | ALUMINIUM PASTE O/22915 O/728778 HS 32129000... | PORT EVERGLADES,FL | 19926 | K |
| 3/31/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS)... | SAVANNAH,GA | 19595 | K |
| 3/19/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | HOUSTON,TX | 19595 | K |
| 3/18/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS)... | SAVANNAH,GA | 19595 | K |
| 3/14/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161, EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73% MINIMUM SOLIDS) | SAVANNAH,GA | 19590 | K |
| 3/9/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | | LOS ANGELES,CA | 19595 | KG |
| 2/28/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE. | BALTIMORE,MD | 19590 | KG |
| 2/14/2017 | GARDNER ASPHALT CORP. | NOT DECLARED | | | ALUMINIUM PASTE SWEDEN ORIGIN O/22773 O/726513 IMO 4.1 UN 1325 | PORT EVERGLADES,FL | 19926 | K |
| 2/11/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE. | SAVANNAH,GA | 19595 | KG |
| 1/31/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS)... | BALTIMORE,MD | 19595 | K |
| 1/22/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA,FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS)... | SAVANNAH,GA | 19590 | KG |
| 1/17/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE. | BALTIMORE,MD | 19590 | KG |
| 1/10/2017 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE. | LONG BEACH,CA | 19590 | KG |
| 12/10/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | | ALUMINIUM PASTE SWEDEN ORIGIN o/14/0CONTAINER O/22844 O/725980 | PORT EVERGLADES,FL | 19909 | K |
| 12/10/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 NO SOLID WOOD PACKING MATERIALS S C Z17154HK SCACBANO BAU#NG834254478 | TAMPA,FL | 19448 | K |

| Date | Consignee | Shipper | Notify | Address | Description | Destination | Weight |
|---|---|---|---|---|---|---|---|
| 12/3/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C 2 1T5140K SO+CARGING BAU#KGBS41498B SMB HS-CODE 590390 SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS HS-CODE 590390 | TAMPA,FL | 38896 K |
| 11/29/2016 | GARDNER ASPHALT CORPORATION | MOUNT PACKAGING SYSTEMS LTD | | | | NEW YORK/NEWARK AREA, NEWARK, NEW JERSEY | 900 KG |
| | | | | | FILLING VALVES 72 DRUMS X 250 KGS ALUMINIUM/PASTE MT 7510 (73% MINIMUM SOLIDS) SHIPMENT TERMS: CIF LONG BEACH, CA 90805,U.S.A GROSS WT: 19500.000 KGS NET WT : 18000.000 KGS TARE WT: 1590.000 KGS INV.NO.0229 DT:06.10..(MORE) | | |
| 11/16/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA FL 33605,U.S.A PH:(813)248-2101.FAX:(813)247-2822.SHIP TO:LONG BEACH GARDNERASPHALT | | LONG BEACH,CA | 19590 K |
| 11/16/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | HOUSTON,TX | 19590 K |
| 11/14/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161, EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | 6TX 267 FCL 72 DRUMS X 25.0 KGS ALUMINIUM PA STE MT 7 510 (73% MINIMUM SOLIDS) S HIPMENT T ERMS: CIF SEAFORD ,DE 19973,U.S.A GROSS WT: 19500.000 KGS NET WT: 1800 0.000 KGS TARE WT : 1595.00 0 KGS S8..(MORE) | NORFOLK,VA | 19595 K |
| 10/29/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | LONG BEACH,CA | 19590 K |
| 10/17/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 NO SOLID WOOD PACKING MATERIALS S C S18NC0001 | TACOMA,WA | 19448 K |
| 10/17/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C S18NCD001 HS-CODE 590390 | TACOMA,WA | 19448 K |
| 10/16/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | 4161,EAST 7TH AVENUE TAMPA FL 33605,U.S.A TAMPA FL 33605 US | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | SAVANNAH,GA | 19590 K |
| 10/15/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | SAVANNAH,GA | 19580 KG |

| Date | Shipper | Manufacturer | Consignee Address | Product Description | Port | Weight |
|---|---|---|---|---|---|---|
| 10/2/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE MT 7510 (73%MINIMUM SOLIDS) | BALTIMORE,MD | 19580 KG |
| 9/25/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION | ALUMINIUM PASTE | BALTIMORE,MD | 19570 K |
| 9/23/2016 | GARDNER ASPHALT CORPORATION. | THE METAL POWDER COMPANY LIMITED | 4161,EAST 7TH AVENUE,TAMPA,FL 33605,U.S.A.TAMPA, FL 33605 US | 72 DRUMS ( 72 DRUMS X 250 KGS ) ALUMINIUM PASTE MT 7510 (73% MINIMUM SOLIDS) TRADE TE RMS: TAMPA, FL 33605, U.S.A. S.B.NO: P820145 DT. 18.08.20 16 INV NO: D148 DT. 18.08.2016 | SAVANNAH,GA | 43162 LB |
| | | | 4161, EAST 7TH AVENUE, TAMPA, FL 33 PH. (813) 248-2101 FAX: (813) 247-2 SHIP TO- TAMPA GARDNER ASPHALT  1-8132462401 | P.O.NO.725199 DT [MORE] | | |
| 9/12/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | ALUMINIUM PASTE SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS HS-CODE 590390 S C S16NCD001 SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS HS-CODE 590390 SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING M [MORE] | TACOMA,WA | 58344 K |
| 9/2/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE SWEDEN ORIGIN O21479 O723139 IMO 4.1 UN 1325 | PORT EVERGLADES,FL | 19909 K |
| 8/27/2016 | GARDNER ASPHALT CORPORATION. | THE METAL POWDER COMPANY LIMITED | 4161, EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | 72 DRUMS X 250 KGS ALUMINI UM PASTE MT 7510 ( 73% MINI MUM SOLIDS) FREE SAMPLES- 4 TINS X 1 KG ALUMINIUM PA STE AB 2000 HS- 4.00 KG 4 TI NS X 1 KG ALUMINIUM PAST E EM 1015 - 4.00  KG 1 TIN X [MORE] | TAMPA,FL | 19554 K |
| 8/13/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | ALUMINIUM PASTE SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C ATN16800 SCACBANQ BALI#NGB338282387 SWB HS-CODE 590390 | MOBILE,AL | 19448 K |
| 8/9/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE ORIGIN O21479 O723139 | LOS ANGELES,CA | 19909 KG |
| 8/7/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C ATN16800 SCAC BANQ BALI# NGB3357265 | MOBILE,AL | 19448 K |
| 8/10/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 NO SOLID WOOD PACKING MATERIALS S C S16NCD001 | TACOMA,WA | 19448 K |
| 7/30/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE O21479 IMO 4.1 UN 1325 SHIPPER DECLARES SWEDEN ORIGIN | PORT EVERGLADES,FL | 19909 K |
| 7/30/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 NO SOLID WOOD PACKING MATERIALS S C FAK-ATN16800 SCACBANQ BALI# NGB3353543 SWB | MOBILE,AL | 19096 K |
| 7/28/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C 62555 SCACBANQ BALI#NGB3380632 HS-CODE 590390 | TACOMA,WA | 19448 K |
| 7/25/2016 | GARDNER ASPHALT COMPANY LTD | THE METAL POWDER COMPANY LIMITED | | ALUMINIUM PASTE. | BALTIMORE,MD | 19530 KG |
| 7/20/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE. | HOUSTON,TX | 19540 KG |

| Date | Consignee | Shipper | Notify Party / Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 7/18/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 NO SOLID WOOD PACKING MATERIALS S C S16NCD001 | TACOMA,WA | 19448 K |
| 7/18/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C 216962 SCAC BANQ BALI#JGB534857 | MOBILE,AL | 19096 K |
| 7/9/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE MT 7510 (72X4 MINIMUM SOLIDS) | SAVANNAH,GA | 18535 KG |
| 7/9/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C ATN9800 SCAC BANQ BALI#JGB534835 | MOBILE,AL | 19096 K |
| 7/6/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE | LOS ANGELES,CA | 19530 KG |
| 7/6/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 S C ATN9800 NO SOLID WOOD PACKING MATERIALS SCAC/BANQ BALI#JGB349489 SWB SYNTHETIC UNDERLAYMENT HS-CODE 590390 S C ATN9800 NO SOLID WOOD PACKING MATERIALS SCAC [MORE] | TACOMA,WA | 38192 K |
| 7/5/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT HS-CODE 590390 NO SOLID WOOD PACKING MATERIALS S C S16NCD001 | TACOMA,WA | 19096 K |
| 7/2/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE HS 32129000 SHIPPER DECLARES SWEDEN ORIGIN O21474 O723137 | PORT EVERGLADES,FL | 19909 K |
| 7/2/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C ATN9800 SCAC BANQ BALI#JGB534023 | MOBILE,AL | 19096 K |
| 6/27/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE | BALTIMORE,MD | 32129000 KG |
| 6/27/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C 216962HK SCAC BANQ BALI#JGB533794 | MOBILE,AL | 19096 K |
| 6/25/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE HS 32129000 SHIPPER DECLARES SWEDEN ORIGIN O21473 O723136 | PORT EVERGLADES,FL | 19909 K |
| 6/20/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C ATN9800 SCAC BANQ BALI#JGB534240 | TACOMA,WA | 19096 K |
| 6/20/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C 216962 SCAC BANQ BALI#JGB533232318 HS-CODE 590390 | MOBILE,AL | 19096 K |
| 6/11/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | GARDNER ASPHALT CORPORATION 4161, EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | 72 DRUMS X 250 KGS ALUMINI UM PASTE MT 7510 (73% MINIMUM SOLIDS) SHIPMENT TERMS : CIF TAM PA,FL 33605 U.S.A GROSS WT: 18500.000 KGS N E T WT: 18000.000 KGS 73 KGS/D RUM XXX NO S 8. NO. 70 51172 DT: [MORE] | TAMPA,FL | 18530 K |

| Date | Consignee | Shipper | Notify / Address | Description | Port | Weight |
|---|---|---|---|---|---|---|
| 6/6/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS ZHEJIANG COMPANY | | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C 5169CD0011 HS-CODE 590390 | TACOMA, WA | 19096 K |
| 6/4/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE SWEDEN ORIGIN O21471 O723135 IMO 4.1 UN 1325 HS 32129000 | PORT EVERGLADES, FL | 19909 K |
| 6/4/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS IMP AND EXP | 4161 E. 7TH AVENUE PO BOX 5449 TAMPA FL 33675 US | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C FAK-15-1175_ECFAK HS-CODE 590390 | MOBILE, AL | 19096 K |
| 5/30/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE | LOS ANGELES, CA | 19909 KG |
| 5/28/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LTD | | ALUMINIUM PASTE | SAVANNAH, GA | 16500 KG |
| 5/23/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS IMP AND EXP | 4161 E. 7TH AVENUE PO BOX 5449 TAMPA FL 33675 US | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C FAK-07801S SCAC O72471 | TACOMA, WA | 19096 K |
| 5/21/2016 | GARDNER ASPHALT CORPORATION | CHINA ELECTRONICS IMP AND EXP | 4161 E. 7TH AVENUE PO BOX 5449 TAMPA FL 33675 US | SYNTHETIC UNDERLAYMENT NO SOLID WOOD PACKING MATERIALS S C FAK-15-1175 HS-CODE 590390 | MOBILE, AL | 19096 K |
| 4/30/2016 | GARDNER ASPHALT CORPORATION | NOT DECLARED | | ALUMINIUM PASTE SWEDEN ORIGIN O21469 O723134 IMO 4.1 UN 1325 | PORT EVERGLADES, FL | 19909 K |
| 4/11/2016 | GARDNER ASPHALT CORPORATION | NOT DECLARED | | ALUMINIUM PASTE O721487 O723135 IMO 4.1 UN 1325 SHIPPER DECLARES SWEDEN ORIGIN | PORT EVERGLADES, FL | 19909 K |
| 3/27/2016 | GARDNER ASPHALT CORPORATION | NOT DECLARED | | ALUMINIUM PASTE HS 32129000 O21465 O723132 | PORT EVERGLADES, FL | 19909 K |
| 3/13/2016 | GARDNER ASPHALT CORPORATION | CARLFORS BRUK AB / USD | 1555 MITTEL BLVD, SUITE F JENNIFER IZZO OR JIN KIM PH 630-274-1000, FX 630-274-0998 WOOD DALE, IL U S A | ALUMINIUM PASTE HS 32129000 SWEDEN ORIGIN O21483 O723131 | PORT EVERGLADES, FL | 19909 K |
| 2/23/2016 | GARDNER ASPHALT CORPORATION | CARLFORS BRUK AB / USD | 1555 MITTEL BLVD, SUITE F WOOD DALE, IL U S A 60191 JENNIFER IZZO OR JIN KIM | ALUMINIUM PASTE SWEDEN ORIGIN O21462 O723130 IMO 4.1 UN 1325 HS 32129000 | PORT EVERGLADES, FL | 19909 K |
| 2/23/2016 | GARDNER ASPHALT CORPORATION | CARLFORS BRUK AB / USD | 1555 MITTEL BLVD, SUITE F JENNIFER IZZO OR JIN KIM PH 630-274-1000, FX 630-274-0998 WOOD DALE, IL U S A | ALUMINIUM PASTE SWEDEN ORIGIN O20988,O721729 IMO 4.1 UN 1325 HS 32129000 | PORT EVERGLADES, FL | 19926 K |
| 2/2/2016 | GARDNER ASPHALT CORPORATION | ALLIANCE CUSTOMS CLEARANCE | | ALUMINIUM PASTE O721415 O723129 IMO 4.1 UN 1325 SHIPPER DECLARES | PORT EVERGLADES, FL | |
| 2/2/2016 | GARDNER ASPHALT CORPORATION | ALLIANCE CUSTOMS CLEARANCE | 1555 MITTEL BLVD, SUITE F JENNIFER IZZO OR JIN KIM PH 630-274-1000, FX 630-274-0998 WOOD DALE, IL U S A | ALUMINIUM PASTE SWEDEN ORIGIN O 21414 O L13168 IMO 4.1 UN 1325 | PORT EVERGLADES, FL | 19928 K |
| 1/18/2016 | GARDNER ASPHALT CORP. | NOT DECLARED | | ALUMINIUM PASTE SWEDEN ORIGIN O 21414 O L13168 IMO 4.1 UN 1325 | LOS ANGELES, CA | 19909 KG |
| 1/16/2016 | GARDNER ASPHALT CORPORATION | THE METAL POWDER COMPANY LIMITED | 4161 EAST 7TH AVENUE TAMPA FL 33605 UNITED STATES | 72 DRUMS X 250 KGS ALUMINIUM PASTE MT 7510 ( 73% MINIMUM SOLIDS) SHIPMENT TERMS : CIF TAMPA,FL 33605,U.S.A GROSS WT: 18500 KGS N E T WT: 18000.000 KGS,TARE WT: 1500.000 KGS SB. NO. 42 05254 DT. [MORE] | TAMPA, FL | 16520 K |

Obs.: DATA SUBJECT TO MODIFICATIONS
Source: U.S. Customs and Border Protection (CBP)
Country of Origin = HS code
www.datamyne.com
Email: contact@datamyne.com
2005-2016 Datamyne - Terms of Use

DESCARTES Datamyne

08:41 08/17/2018

# USA Bills Import HOUSES

Data available from 01/01/2004 to 08/16/2018

Vikram Rupani

USA Bills Import HOUSES : 01/01/2016 to 08/15/2018 where : Entire B/L : "Gardner Asphalt Corp*"



| Month | Records | % |
|---|---|---|
| 06/2016 | 9 | 4.2 |
| 07/2016 | 14 | 6.5 |
| 10/2016 | 6 | 2.8 |
| 05/2017 | 7 | 3.3 |
| 07/2017 | 7 | 3.3 |
| 08/2017 | 8 | 3.7 |
| 09/2017 | 11 | 5.1 |
| 11/2017 | 7 | 3.3 |
| 12/2017 | 14 | 6.5 |
| 01/2018 | 13 | 6 |
| 02/2018 | 17 | 7.9 |
| 03/2018 | 6 | 2.8 |
| 04/2018 | 14 | 6.5 |
| 05/2018 | 8 | 3.7 |
| 07/2018 | 12 | 5.6 |
| TOTAL | 215 | 100 |

Carrier vs Records



● BLUE ANCHOR AMERICA LINE (BLUE ANCHOR LINE) (BANQ)   ● HAPAG LLOYD A G (HLCU)

◉ DAHNAY LOGISTICS PVT LTD (DLPD)   ● EXPEDITORS INTERNATIONAL OF WASHINGTON INC (EXDO)

● CARGOCARE LOGISTICS (INDIA) PVT LTD (CGGI)   ● OTHERS.

| Carrier | Records | % |
|---|---|---|
| BLUE ANCHOR AMERICA LINE (BLUE ANCHOR LINE) (BANQ) | 112 | 52.1 |
| HAPAG LLOYD A G (HLCU) | 23 | 10.7 |
| DAHNAY LOGISTICS PVT LTD (DLPD) | 19 | 8.8 |
| EXPEDITORS INTERNATIONAL OF WASHINGTON INC (EXDO) | 15 | 7 |
| CARGOCARE LOGISTICS (INDIA) PVT LTD | 13 | 6 |
| TLSS INC. (TLYI) | 13 | 6 |
| MSC-MEDITERRANEAN SHIPPING COMPANY S A - MEDU (MSCU) | 8 | 3.7 |
| MAERSK LINE (MAEU) | 6 | 2.8 |
| NYK LINE (NIPPON YUSEN KAISHA) (NYKS) | 3 | 1.4 |
| OCEAN NETWORK EXPRESS PTE LTD (ONEY) | 1 | 0.5 |
| PROCON EXPRESS LINES (PCXS) | 1 | 0.5 |
| YUSEN AIR & SEA SERVICE (U S A) INC (YASV) | 1 | 0.5 |
| OTHERS. | 0 | 0 |
| TOTAL | 215 | 100 |



| Country of Origin | Records | % |
|---|---|---|
| CHINA | 112 | 52.1 |
| INDIA | 76 | 35.3 |
| SWEDEN | 26 | 12.1 |
| UNITED KINGDOM | 1 | 0.5 |
| OTHERS. | 0 | 0 |
| TOTAL | 215 | 100 |

Port of Arrival vs Records



● SEATTLE,WA  ● SAVANNAH,GA  ◉ MOBILE,AL  ● PORT EVERGLADES,FL  ● TACOMA,WA  ● OTHERS.

| Port of Arrival | Records | % |
|---|---|---|
| SEATTLE,WA | 48 | 22.3 |
| SAVANNAH,GA | 39 | 18.1 |
| MOBILE,AL | 32 | 14.9 |
| PORT EVERGLADES,FL | 22 | 10.2 |
| TACOMA,WA | 18 | 8.4 |
| BALTIMORE,MD | 17 | 7.9 |
| JACKSONVILLE,FL | 13 | 6 |
| LONG BEACH,CA | 7 | 3.3 |
| TAMPA,FL | 6 | 2.8 |
| LOS ANGELES,CA | 6 | 2.8 |
| NORFOLK,VA | 3 | 1.4 |
| HOUSTON,TX | 3 | 1.4 |
| NEW YORK/NEWARK AREA, NEWARK, NEW | 1 | 0.5 |
| OTHERS. | 0 | 0 |
| TOTAL | 215 | 100 |

## Country by Port of Departure vs Records



● CHINA  ● INDIA  ● GERMANY  ● OMAN  ● UNITED KINGDOM  ● OTHERS.

| Country by Port of Departure | Records | % |
|---|---|---|
| CHINA | 106 | 49.3 |
| INDIA | 38 | 17.7 |
| GERMANY | 22 | 10.2 |
| OMAN | 15 | 7 |
| UNITED KINGDOM | 7 | 3.3 |
| JAMAICA | 7 | 3.3 |
| BELGIUM | 3 | 1.4 |
| DOMINICAN REPUBLIC | 3 | 1.4 |
| SPAIN | 3 | 1.4 |
| SOUTH KOREA | 3 | 1.4 |
| SRI LANKA | 3 | 1.4 |
| SINGAPORE | 2 | 0.9 |
| HONG KONG | 1 | 0.5 |
| PORTUGAL | 1 | 0.5 |
| TAIWAN | 1 | 0.5 |
| OTHERS. | 0 | 0 |
| TOTAL | 215 | 100 |



Country by Place of Receipt vs Records

● CHINA  ● INDIA  ● SWEDEN  ● JAMAICA  ● SOUTH KOREA  ● OTHERS.

| Country by Place of Receipt | Records | % |
|---|---|---|
| CHINA | 104 | 48.4 |
| INDIA | 75 | 34.9 |
| SWEDEN | 26 | 12.1 |
| JAMAICA | 6 | 2.8 |
| SOUTH KOREA | 2 | 0.9 |
| UNITED KINGDOM | 1 | 0.5 |
| HONG KONG | 1 | 0.5 |
| OTHERS. | 0 | 0 |
| TOTAL | 215 | 100 |

Note: "This database does not contain In Transit shipments"
Obs.: DATA SUBJECT TO MODIFICATIONS
Source: U.S. Customs and Border Protection (CBP)
Country of Origin - HS code
2018© Descartes - Terms of Use

NEVILLE PETERSON LLP

# COMPLAINT
# EXHIBIT B

# DECLARATION OF RUFUS AYLWIN

I, Rufus Aylwin,  pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me, hereby make the following declaration under penalty of perjury:

1. I am resident of the State of Oregon. I am engaged in the roofing business, and am engaged in the importation of roofing underlayment products which are manufactured in the People's Republic of China. I have familiarity with the roofing products market in the United States.

2. On June 9, 2018, I travelled to the Tigard, OR branch of Allied Building Products Corp. ("Allied"), with an address at 11440 S.W. Tiedeman Road, Tigard, Oregon 97223-4171.

3. I encountered promotional displays for Tri-Built roofing underlayment and other products at the Allied premises. Many Tri-Built products were displayed prominently in the store including a product called "Tri-Built Synthetic Hybrid Roof Underlayment" (hereinafter "Tri-Built Hybrid Underlayment"), which is depicted in the photographs appended as Exhibits A and B to this declaration.

4. The Tri-Built Hybrid Underlayment was prominently displayed in the sales area of the store.

5. Rolls of Tri-Built Hybrid Underlayment are quite large, weighing 40lbs.  When unrolled, the product label indicates that the underlayment is 37.25" x 145', and covers 450 sq. ft.  .

6. I  purchased a single roll of the Tri-Built Hybrid Underlayment, which was placed in my car.  *See* Exhibit C. A receipt for my purchase is appended at Exhibit D.

7. After making my purchase, reviewed the Tri-Built Synthetic Hybrid Roof Underlayment I had purchased the previous day and the photos I had taken.

8. I observed that the Tri-Built Synthetic Hybrid Roof Underlayment did not display the country of origin information required by 19 U.S.C. § 1304(a), which provides in pertinent part:

    (a) Marking of articles.  Except as hereinafter provided, <u>every article of foreign origin</u> (or its container, as provided in subsection (b) hereof) <u>imported into the United States shall be marked in a conspicuous place</u> as legibly, indelibly, and permanently as the nature of the article (or container) will permit in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article.

9. The Tri-Built Synthetic Hybrid Roof Underlayment is a product originating in, and exported from, the People's Republic of China ("China"). In this regard, I conducted an investigation which determined that this underlayment is manufactured in China at a

factory operated by Ningbo East Composite Materials, located in Zhejiang, China. I arranged to have photographs taken at that factory which show, on information and belief, the machinery on which the underlayment product is manufactured. See Exhibit E. This factory manufactures underlayment for a variety of companies. I further determined, through investigation, that the Chinese-origin Tri-Build underlayment is exported to the United States by Chunan Kaidun International Trading Corporation or China Electronics Zhejiang Corporation.

10. 19 U.S.C. § 1304(i) imposes non-discretional "Additional Duties for Failure to Mark," providing:

If at the time of importation any article (or its container, as provided in subsection (b) hereof) is not marked in accordance with the requirements of this section, and if such article is not exported or destroyed or the article (or its container, as provided in subsection (b) hereof) marked after importation in accordance with the requirements of this section (such exportation, destruction, or marking to be accomplished under customs supervision prior to the liquidation of the entry covering the article, and to be allowed whether or not the article has remained in continuous customs custody), there shall be levied, collected, and paid upon such article a duty of 10 per centum ad valorem, which shall be deemed to have accrued at the time of importation, shall not be construed to be penal, and shall not be remitted wholly or in part nor shall payment thereof be avoidable for any cause. Such duty shall be levied, collected, and paid in addition to any other duty imposed by law and whether or not the article is exempt from the payment of ordinary customs duties. The compensation and expenses of customs officers and employees assigned to supervise the exportation, destruction, or marking to exempt articles from the application of the duty provided for in this subsection shall be reimbursed to the Government by the importer.

11. Tri-Built's failure to mark the country of origin of the Tri-Built Synthetic Hybrid Roof Underlayment violates the clear language of 19 U.S.C. § 1304, and additional duties for failure to mark are due the government under 19 U.S.C. § 1304(i). On information and belief, Garder-Gibson/Gardner Asphalt Corporation is the Importer of Record of the subject merchandise and has withheld from the government marking duties owing on same.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _15_ day of August, 2018

By: _____
Rufus Aylwin

Neville Peterson LLP

# DECL. AYLWIN EXHIBIT A



NEVILLE PETERSON LLP

# DECL. AYLWIN EXHIBIT B



NEVILLE PETERSON LLP

# DECL. AYLWIN
# EXHIBIT C



NEVILLE PETERSON LLP

# DECL. AYLWIN
# EXHIBIT D



SALES ORDER
PICK TICKET

CUSTOMER COPY

BEACON
A Beacon Roofing Supply Company

TIGARD BRANCH
BEACON ROOFING SUPPLY
PO BOX 74014
LOS ANGELES          CA
                     90074-0914

WAREHOUSE
TIGARD BRANCH
ALLIED BUILDING PRODUCTS
11440 SW TIEDEMAN RD
TIGARD              OR  97223-4172
Phone #503 639 1579

SHIP TO
AYLWIN CONSTRUCTION WF
ALLIED BUILDING PRODUCTS
11440 SW TIEDEMAN RD
TIGARD              OR  97223-4172

AYLWIN CONSTRUCTION WF
3144 SE TUALATIN VALLEY HWY
HILLSBORO OR          97123
Phone # (503) 998-7663

PAYMENT TYPE            CHARGE
DOCUMENT NO.           B610734718
DOCUMENT DATE          7/09/18
CUSTOMER NO.           13981BT
WAREHOUSE              648

7/09/18  13:50:55

SPECIAL INSTRUCTIONS

CUSTOMER P.O. NUMBER   JOB NAME   SHOP

JOB NO.   S.3   SALES   ORDER DATE        SHIPPING METHOD        PROMISED DATE
63W JB6   7/09/18                          PICKUP               07/09/18

LINE   PRODUCT NO./DESCRIPTION   UM   ORDERED   SHIPPED   B/O   UNIT PRICE   DISCOUNT   EXTENDED AMOUNT
001  TRIPRU145SQ  TRI ROOF PROOF HYBRID UND 4.5SQ RI   1   1   0               .38

56307   HM 30112  A  / YD 1
WH                                          EXT WT (lbs.:

END OF ORDER

PREPAID   COLLECT   PICK UP   NO. CTNS   WEIGHT    SHIPPED VIA   SHIP DATE   PACKED BY   FILLED BY   PACKED BY   B/O   CHECKED BY   AMOUNT
                              38                                                                                          TAX
                                                                                                                          FREIGHT

                                          RECEIVED BY          DATE RECEIVED                          TOTAL DUE
                                          X

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT
http://www.beaconroofingsupply.com/. BUYER ACKNOWLEDGES READING SUCH TERMS
AND CONDITIONS AND RETURN POLICY.

NEVILLE PETERSON LLP

# DECL. AYLWIN EXHIBIT E



Neville Peterson LLP

# COMPLAINT
# EXHIBIT C

JOHN M. PETERSON* (NY BAR)
MICHAEL K. TOMENGA* (DC BAR)
LAWRENCE J. BOGARD* (DC BAR)
JOHN A. DETZNER* (DC & IL BARS)
MARIA E. CELIS* (NY & DC BARS)
JOHN B. TOTARO, JR.* (DC BAR)
RUSSELL A. SEMMEL* (NY BAR)
RICHARD F. O'NEILL (WA BAR)
PETER J. BOGARD* (NY & DC BARS)

OF COUNSEL:
DONALD L. FISCHER* (GA BAR)

*NOT ADMITTED IN WA

# NEVILLE PETERSON LLP
## COUNSELLORS AT LAW

500 YALE AVENUE NORTH, SUITE 221
SEATTLE, WASHINGTON 98109

T: 206-518-9335

www.npllptradelaw.com

WM. L. DICKEY
(1932–1995)

NEW YORK
55 BROADWAY, 1 EXCHANGE PLAZA
SUITE 2602
NEW YORK, NY 10006

WASHINGTON DC
1400 16TH STREET, NW
SUITE 350
WASHINGTON, DC  20036

### DECLARATION OF RICHARD F. O'NEILL

I, Richard F. O'Neill, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration:

1. I am an associate attorney with Neville Peterson LLP. I represent Plaintiff-Relator Rufus Aylwin ("Relator") in this action.

2. On July 24, 2018, I travelled to the Edmonds, WA branch of Allied Building Products Corp. ("Allied"), with an address of 7100 212th Street SW, Edmonds, WA 98026-7732.

3. I encountered several promotional displays for Tri-Built and other products immediately upon entering Allied. Many Tri-Built products were displayed prominently in the store including a product called "Tri-Built Synthetic Hybrid Roof Underlayment" (hereinafter "Tri-Built Hybrid Underlayment"). *See* Allied's Tri-Built In-Store Display, Exhibit A. Other products displayed alongside the Tri-Built Hybrid Underlayment included a product called "Tri-Built Synthetic 25" underlayment, and a product called "Safeguard 30" underlayment. *Id.*

4. Among all product displays at Allied, I observed that the Tri-Built Hybrid Underlayment was the most prominently displayed product in the store. Several rolls of the product were placed just adjacent to the store entrance and less than ten feet from the checkout

5. The rolls of Tri-Built Hybrid Underlayment are quite large, weighing forty lbs. When unrolled, the product label indicates that the underlayment is 37.25" x 145', and covers 450 sq. ft. Detailed pictures of the Tri-Built Hybrid Underlayment are appended as Exhibit A.

6. As I was reviewing the Tri-Built underlayment display and product labels, another shopper approached the counter and I overheard the details of his transaction. He purchased fifty rolls of the Tri-Built Hybrid Underlayment. *See* Exhibit A.

7. While in the store, I approached the counter and awaited service. A stack of informational/promotional folders for the Tri-Built Hybrid Underlayment product were prominently displayed. *See* Exhibit A. I took one of these folders. Product information was included therein along with a small sample of the Tri-Built Hybrid Underlayment. *Id.*

8. An Allied worker then assisted me at the store checkout counter. I purchased a single forty-lb. roll of the Tri-Built Hybrid Underlayment. *See* Exhibit C. The unit price of the Tri-Built Hybrid Underlayment was $64.50, and I paid $6.64 in sales tax, together totaling $71.14.

*Id.* I was instructed not to take a roll of the Tri-Built Hybrid Underlayment from the store's display of Tri-Built underlayment products. *See* Exhibit A. I was directed to the shipping bay where I was greeted by an Allied worker who was operating a forklift. I provided my proof of purchase, and the Allied worker drove into the warehouse and returned with a single roll of Tri-Built Hybrid Underlayment.

9. The Allied worker helped me load the single roll of Tri-Built Hybrid Underlayment into my vehicle. I asked if the product was popular. The Allied worker responded affirmatively, noting that the Tri-Built Hybrid Underlayment had largely replaced the "Safegard 30" underlayment (also sold by Tri-Built) as the industry leader in the region.

10. Once the single roll of Tri-Built Hybrid Underlayment was loaded into my vehicle, I observed the shopper mentioned in ¶ 6 as he was loading and securing fifty rolls of the Tri-Built Hybrid Underlayment on a flatbed truck. *See* Exhibit A.

11. On July 25, 2018, I reviewed the Tri-Built Synthetic Hybrid Roof Underlayment I had purchased the previous day and took additional photos. *See* Exhibit A. I also inspected the photos taken on July 24, 2018.

12. I observed that other Tri-Built products at Allied displayed on their label the products' country of origin information as required by 19 U.S.C. § 1304(a). *See, e.g.,* Tri-Built Synthetic 25 (displaying in tiny font "Made in India"); and "Safeguard 30" (displaying "Made in China"), at Exhibit A.

13. I further observed that the Tri-Built Synthetic Hybrid Roof Underlayment did not display the country of origin information required by 19 U.S.C. § 1304(a), which provides in pertinent part:

(a) Marking of articles.  Except as hereinafter provided, <u>every article of foreign origin</u> (or its container, as provided in subsection (b) hereof) <u>imported into the United States shall be marked in a conspicuous place</u> as legibly, indelibly, and permanently as the nature of the article (or container) will permit in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article. ....

14. On information and belief, the Tri-Built Synthetic Hybrid Roof Underlayment is a product originating in, and exported from, the People's Republic of China ("China").

15. 19 U.S.C. § 1304(i) imposes non-discretional "Additional Duties for Failure to Mark," providing (emphasis added):

(i) Additional Duties for Failure to Mark. <u>If at the time of importation any article</u> (or its container, as provided in subsection (b) hereof) <u>is not marked in accordance with the requirements of this section,</u> and if such article is not exported or destroyed

NEVILLE PETERSON LLP                                                                                    3

or the article (or its container, as provided in subsection (b) hereof) marked after importation in accordance with the requirements of this section (such exportation, destruction, or marking to be accomplished under customs supervision prior to the liquidation of the entry covering the article, and to be allowed whether or not the article has remained in continuous customs custody), <u>there shall be levied, collected, and paid upon such article a duty of 10 per centum ad valorem, which shall be deemed to have accrued at the time of importation, shall not be construed to be penal, and shall not be remitted wholly or in part **nor shall payment thereof be avoidable for any cause**</u>. Such duty shall be levied, collected, and paid in addition to any other duty imposed by law and whether or not the article is exempt from the payment of ordinary customs duties. The compensation and expenses of customs officers and employees assigned to supervise the exportation, destruction, or marking to exempt articles from the application of the duty provided for in this subsection shall be reimbursed to the Government by the importer.

16. Tri-Built's failure to mark the country of origin of the Tri-Built Synthetic Hybrid Roof Underlayment violates the clear language of 19 U.S.C. § 1304(a), and additional duties for failure to mark are required under 19 U.S.C. § 1304(i), together with a civil penalty between $5,500 and $11,000 for each violation of 31 U.S.C. § 3729.

*         *         *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of Oct, 2018

By: _____
     Richard F. O'Neill, WSBA 43858
     Neville Peterson LLP
     500 Yale Ave. N., Ste. 221
     Seattle, WA 98109
     T: (206) 518-9335
     E: roneill@npwny.com

Encl.    Ex. A.  Photos of June 24, 2018 and June 25, 2018
         Ex. B.  Photos of Tri-Built Promotional Handout for Tri-Built Synthetic Hybrid Roof Underlayment
         Ex. C.  Sales Order and Pick Ticket of June 24, 2018

NEVILLE PETERSON LLP

# DECL. O'NEILL
# EXHIBIT A











# TRI-BUILT® MATERIALS GROUP, LLC

## Synthetic Hybrid
## Roof Underlayment

**Use Under Shingles, Slate, Wood Shake, & More**

**450 SQ.FT • 37.25" x 145' • 4.5 SQRS.**

   







# TRI-BUILT

## TRI-BUILT® MATERIALS GROUP, LLC

### Synthetic Hybrid
### Roof Underlayment

Use Under Shingles, Slate, Wood Shake, & More

450 SQ FT • 37.25" x 145' • 4.5 SQRS.

www.tribuiltmg.com



# BUILT®

## TRI-BUILT® MATERIALS GROUP, LLC

## Synthetic Hybrid Roof Underlayment

### Use Under Shingles, Slate, Wood Shake, & More

### 450 SQ FT • 37.25" x 145' • 4.5 SQRS.

   









Neville Peterson LLP

# DECL. O'NEILL
# EXHIBIT B



# TRI-BUILT™

# TRI-BUILT SYNTHETIC HYBRID ROOF UNDERLAYMENT

# TRI-BUILT SYNTHETIC HYBRID ROOF UNDERLAYMENT

High quality roofing underlayment designed to shed water off your roof and away from your home or building.



TRi-BUILT Synthetic Hybrid Roof Underlayment uses advanced technology, combining the best properties of traditional organic felts and synthetic products. This Hybrid Roof Underlayment advanced design creates a superior roof underlayment with faster and easier installation, as well as improved performance and durability.

- Higher strength & wrinkle free, even when soaking wet
- Extra tough & durable construction
- Withstands extreme cold & blazing desert heat
- Use in high wind areas where other products blow off
- Nail Sealable
- Greater uplift with fewer fasteners
- Lighter & Stronger for Faster installation
- Exceeds ASTM D4869, D226 & D1970

### TYPICAL PHYSICAL & PERFORMANCE CHARACTERISTICS:

| Size | |
|---|---|
| Area | |
| Permeance, ASTM E96 | |
| Water Transmission ASTM | |
| Tear ASTM D4073 | |
| Breaking Strength ASTM D17 | |
| Thickness (mm) ASTM D17 | |
| Net Mass (g/m2) ASTM D25 | |
| Temperature Range | |
| Pliability, ASTM D146 | |
| Dimensional Stability, ASTM | |
| Cold Flexibility, -25 °C, 6 hr D | |
| Underlying @ 32 °F & 140 °F A | |
| Nail Sealability, ASTM D1970 | |

### Approx. Shipping Weights:

| Weight per Roll | |
|---|---|
| Rolls per Pallet | |
| Weight of Pallet | |

# TRI-BUILT SYNTHETIC HYBRID ROOF UNDERLAYMENT

High quality roofing underlayment that provides durable protection for your roof and takes it from your home to building.

TRI-BUILT Synthetic Hybrid Roof Underlayment uses advanced technology, combining the best properties of traditional organic felts and synthetic products. The Hybrid Roof Underlayment advanced design creates a superior roof underlayment with faster and easier installation as well as improved performance and durability.

- Higher strength & wrinkle free, even when soaking wet
- Extra tough & durable construction
- Withstands extreme cold & blazing desert heat
- Use in high wind areas where other products blow off
- Nail Sealable
- Greater uplift with fewer fasteners
- Lighter & Stronger for Faster Installation
- Exceeds ASTM D4869, D226 & D1970



## TRI-BUILT SYNTHETIC HYBRID ROOF UNDERLAYMENT

Whether it is wind, water or UV damage, TRI-BUILT Synthetic Hybrid Roof Underlayment provides the most advanced protection in its class. Rest assured, you are protected from the elements with TRI-BUILT Synthetic Hybrid Roof Technology.

**TRIBUILT**

### TYPICAL PHYSICAL & PERFORMANCE CHARACTERISTICS:

| | |
|---|---|
| Size | 30.25" x 84' |
| Area | 9450 sq. Ft. |
| Permeability ASTM E96: | 0.05 Perms |
| Water Transmission ASTM D4869 | Pass |
| Mass ASTM D4073 | 79 lbf |
| Breaking Strength ASTM D146: | >56 lbf/in |
| Thickness (mm) ASTM D1777 | 0.60 |
| Net Mass (g/m2) ASTM D6261 | 420 |
| Temperature Range: | -40 °F to 240 °F |
| Pliability, ASTM D146 | Pass |
| Dimensional Stability, ASTM E1087 | Pass |
| Cold Flexibility, 25 °C, 6 hr D5147 | Pass |
| Uncoiling @ 32 °F & 140 °F ASTM D226 | Pass |
| Nail Sealability, ASTM D1970-15 | Pass |

### Approx. Shipping Weights: (Note: All approx. weights include container)

| | |
|---|---|
| Weight per Roll | 40 lbs |
| Rolls per Pallet | 25 |
| Weight of Pallet | 1050 lbs |

TRIBUILT™

P.O. Box 70
Rutherford, NJ 07070
1-800-516-1485
www.tribuiltmg.com

Neville Peterson LLP

# DECL. O'NEILL
# EXHIBIT C

PAGE NO. 1

SALES ORDER
PICK TICKET

CUSTOMER COPY

7/24/18
7:22:38

07/24/18

EDMONDS BRANCH
MILLARD BUILDING PRODUCTS
16030 75TH ST SW
EDMONDS WA 98026-7732
Phone #425 776 1600

RICHARD ONEILL
MILLARD BUILDING PRODUCTS
16030 75TH ST SW
EDMONDS WA 98026-7732

| JOB NO | SLS | SALES | ORDER DATE | PICKUP |
|--------|-----|-------|------------|--------|
|        | 24X | 2DD   | 7/24/18    |        |

| U/M | ORDERED | SHIPPED | BO | EXT. WT (lbs) | UNIT PRICE | DISCOUNT | EXTENDED AMOUNT |
|-----|---------|---------|----|--------------|-----------|----------|-----------------|
| RI  | 1       | 1       | 0  |              | 64.5000   | 3.0      | 64.50           |

PRODUCT NO/DESCRIPTION
TRI ROOF PROOF HYBRID UND 4 SQ

END OF ORDER

| AMOUNT |       |
|--------|-------|
|        | 64.50 |
| TAX %  | 6.64  |
| FREIGHT| .00   |
| TOTAL DUE | 71.14 |

| PICKED BY | FILLED BY | PACKED BY | CHECKED BY |
|-----------|-----------|-----------|------------|

SHIP DATE        SHIPPED VIA        RECEIVED BY   X

DATE RECEIVED

| NO. CTNS | WEIGHT |
|----------|--------|
|          | 3.0    |

☐ PREPAID
☐ COLLECT
☐ PICK UP

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT
THE BACK OF THIS FORM. BUYER ACKNOWLEDGES READING SUCH TERMS
AND CONDITIONS AND RETURN POLICY.

SALES ORDER
PICK TICKET

PAGE NO.   1

**PAYMENT TYPE** C.O.D
**DOCUMENT NO.** B961014
**DOCUMENT DATE** 7/24/18
**CUSTOMER NO.** 37346
**WAREHOUSE** 659

7/24/18
17:22:38

CUSTOMER COPY

SPECIAL INSTRUCTIONS

EDMONDS BRANCH
BOSTON ROOFING SUPPLY
P.O. BOX 924
LOS ANGELES            90074-0924   CA

RICHARD ONEILL                      98026
7100 212TH ST SW
EDMONDS WA

Phone # (425) 218-4803

BUILDING PRODUCTS
7100 212TH ST SW
EDMONDS WA           98026-7732

BUILDING PRODUCTS
7100 212TH ST SW
EDMONDS WA           98026-7732

**PROMISED DATE** 07/24/18

| CUSTOMER P.O. NUMBER | SLSP | ORDER METHOD | ORDERED DATE | SHIPPED METHOD | |
|---|---|---|---|---|---|
| | 24X | ADD | 7/24/18 | PICKUP | |

| PRODUCT NO. | DESCRIPTION | UM | ORDERED | SHIPPED | B/O | UNIT PRICE | DISCOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 00170 | TRIPRD4ASSQ | TRI ROOF PROOF HYBRID UND 4.5SQ RL | UM | 1 | 1 | RL | 64.5000 | 38 | 64.50 |

END OF ORDER

| | | | | | | | | EXT WT (lbs) | 38 | | | | |

| PREPAID | | NO. CTNS | WEIGHT | SHIPPED VIA | SHIP DATE | PICKED BY | FILLED BY | PACKED BY | CHECKED BY | AMOUNT | | |
| COLLECT | | | 38 | | | | | | | | | |
| PICK UP | | | | | | | | | | | | |

| | | | | EXTENDED AMOUNT | 64.50 |
| | | | | TAX | 6.64 |
| | | | | FREIGHT | .00 |
| | | | | **TOTAL DUE** | **71.14** |

RECEIVED BY     X

DATE RECEIVED

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT
http://www.bostonbuildingsupply.com/ BUYER ACKNOWLEDGES READING SUCH TERMS
AND CONDITIONS AND RETURN POLICY.