HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA *ex rel.*,
RUFUS AYLWIN

        Plaintiff,

    v.

GARDNER-GIBSON, INC.,

        Defendant.

Case No. 18-cv-01487-RAJ

ORDER

This matter is before the Court on the government's motion for an extension of time intervene in this action.  Dkt. # 2.

This is a False Claims Act (FCA) case currently under seal.  Dkt. # 1.  The FCA expressly allows extensions upon the government's showing of "good cause." 31 U.S.C. § 3730(b)(3).  The government's request for an enlargement of time was filed *ex parte* and under seal pursuant to 31 U.S.C. § 3730(b)(3).  The government seeks additional time to conduct its investigation into the allegations in this action, including holding witness interviews and obtaining and reviewing relevant records.  Finding good cause, the Court

ORDER – 1

1    **GRANTS** the government's motion and extends the time to intervene to July 17, 2019.

2

3         DATED this 24th day of June, 2019.

4

5                                              _____

6                                              The Honorable Richard A. Jones
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER – 2