District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RUFUS AYLWIN,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GARDNER-GIBSON, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 18-CV-01487-RAJ<br><br>**FILED UNDER SEAL**<br><br>~~PROPOSED~~ ORDER |

The United States has filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, or until July 17, 2020, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of . . . time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until July 17, 2020, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

[PROPOSED] ORDER - 1
CASE NO. 18-CV-01487-RAJ
 FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  maintain the Complaint and other filings under seal for the duration of the government's
2  investigation.
3
4      DATED this 16th day of January, 2020.
5
6
7                                              _____
8                                              The Honorable Richard A. Jones
                                               United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

[PROPOSED] ORDER - 2
CASE NO. 18-CV-01487-RAJ
 FILED UNDER SEAL 

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970