HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA *ex rel.* RUFUS AYLWIN,

          Plaintiff,

          v.

GARDNER-GIBSON, INC.,

          Defendant

Case No. 18-CV-01487-RAJ

ORDER

      The United States has filed an ex parte Application for an order partially lifting the seal in this case so that it may, at its discretion, (a) inform Defendant of the existence of this qui tam action and (b) provide Defendant with a redacted copy of the Complaint. The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the Government's investigation and possible resolution of this matter.

      Accordingly, it is hereby ORDERED that the United States' Ex Parte Application for a Partial Unseal of Relator's Complaint shall be granted in order that the United States, in its discretion, may disclose the existence of this qui tam action and provide a

ORDER – 1

copy of the Complaint to Defendant.  The Clerk shall otherwise maintain the Complaint and other filings under seal for the duration of the United States' investigation or until otherwise ordered by the Court.

DATED this 31st day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2