The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RUFUS AYLWIN,<br><br>             Plaintiff,<br><br>v.<br><br>GARDNER-GIBSON, INC.,<br><br>             Defendant. | CASE NO. 18-CV-01487-RAJ<br><br>**FILED UNDER SEAL**<br><br>~~PROPOSED~~ ORDER |

    The United States has filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, or until January 18, 2021, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit.  Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of . . . time." 31 U.S.C. § 3730(b)(3).  The Court finds that the *ex parte* Application establishes good cause.          Accordingly, it is hereby ORDERED that

1 the United States shall have until January 18, 2021, to notify the Court of its decision
2 whether or not to intervene in this *qui tam* action.  The Clerk shall maintain the Complaint
3 and other filings under seal for the duration of the government's investigation.

DATED this 25th day of August, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge