|   |   |
|---|---|
| | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RUFUS AYLWIN, | CASE NO. 18-CV-01487-RAJ |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **ORDER** |
| GARDNER-GIBSON, INC., | |
| Defendant. | |

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the Notice of Declination on Defendant;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may seek dismissal of Relator's action or claims, order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

ORDER - 1
CASE NO. 18-CV-01487-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The parties shall serve all notices of appeal upon the United States;

5. All orders of this Court shall be sent to the United States; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 20th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2
CASE NO. 18-CV-01487-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970